3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL abuse.flex.law.group@gmail.com
Attorney for Shogakukan Inc.

November 12, 2021

**Via Email**
Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

> *RE:* **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
> **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to Shogakukan 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://manga1000.com/, https://manga1001.com
more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from

Cloudflare, Inc.
November 12, 2021

https://manga1000.com/, https://manga1001.com/, or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

                                    Very truly yours,

                                    Hiroyuki Nakajima
                                    Attorney at Law

                                    *Hiroyuki Nakajima* (signature)

Cloudflare, Inc.

Extibit A

|   | **Title of Original Work** | **Author of Original Work** | **Original Work** | **Infringing Work** | **Title of Infringing Work** |
|---|---|---|---|---|---|
| 1 | 九条の大罪（Kujo No Taizai） | 真鍋昌平（Shohei Manabe） | https://csbs.shogakukan.co.jp/book?book_group_id=15961 | https://manga1000.com/%e4%b9%9d%e6%9d%a1%e3%81%ae%e5%a4%a7%e7%bd%aa-raw-free/ | 九条の大罪（Raw – Free） |
| 2 | 九条の大罪（Kujo No Taizai） | 真鍋昌平（Shohei Manabe） | https://csbs.shogakukan.co.jp/book?book_group_id=15961 | https://manga1001.com/%e4%b9%9d%e6%9d%a1%e3%81%ae%e5%a4%a7%e7%bd%aa-raw-free/ | 九条の大罪（Raw – Free） |

**EXHIBIT A**

1 of 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL abuse.flex.law.group@gmail.com
Attorney for Shueisha Inc.

November 12, 2021

**Via Email**
Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

      *RE:*    **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
              **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

      I represent Shueisha Inc., a Japanese corporation (hereinafter called "Shueisha"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

      It has recently come to Shueisha's attention that certain users of your services have unlawfully published and posted certain contents on the website located at
https://manga1000.com/, https://manga1001.com
   more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

      Shueisha has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

      We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from

Cloudflare, Inc.
November 12, 2021

https://manga1000.com/, https://manga1001.com/,or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Shueisha and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

                                  Very truly yours,

                                  Hiroyuki Nakajima
                                  Attorney at Law

*Hiroyuki Nakajima*

Cloudflare, Inc.

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://manga1000.com/%e3%83%af%e3%83%b3%e3%83%94%e3%83%bc%e3%82%b9-raw-free1/ | ワンピース (Raw – Free) |
| 2 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://manga1001.com/%e3%83%af%e3%83%b3%e3%83%94%e3%83%bc%e3%82%b9-raw-free1/ | ワンピース (Raw – Free) |

**EXHIBIT A**

1 of 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３—３３５３—３５２１
FAX ＋８１—３—３３５６—９２２８
MAIL abuse.flex.law.group@gmail.com
Attorney for KADOKAWA CORPORATION

November 12, 2021

**Via Email**
Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

> ### RE: *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
> ### (Pursuant to 17 U.S.C. § 512)

To whom it may concern:

I represent KADOKAWA, a Japanese corporation (hereinafter called "KADOKAWA"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

It has recently come to KADOKAWA 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://manga1000.com/, https://manga1001.com
more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

KADOKAWA has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that

Cloudflare, Inc.
November 12, 2021

you remove or disable the Infringing Work from https://manga1000.com/, https://manga1001.com/, or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that KADOKAWA and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Cloudflare, Inc.

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | 真の仲間じゃないと勇者のパーティーを追い出されたので、辺境でスローライフすることにしました（Banished from the brave man's group, I decided to lead a slow life in the back country） | 池野雅博（Masahiro Ikeno） | https://www.kadokawa.co.jp/product/321808000537/ | https://manga1000.com/%e7%9c%9f%e3%81%ae%e4%bb%b2%e9%96%93%e3%81%98%e3%82%83%e3%81%aa%e3%81%84%e3%81%a8%e5%8b%87%e8%80%85%e3%81%ae%e3%83%91%e3%83%bc%e3%83%86%e3%82%a3%e3%83%bc%e3%82%92%e8%bf%bd%e3%81%84%e5%87%ba%e3%81%95%e3%82%8c%e3%81%9f%e3%81%ae%e3%81%a7%e3%80%81e8%be%ba%e5%a2%83%e3%81%a7%e3%82%b9%e3%83%ad%e3%83%bc%e3%83%a9%e3%82%a4%e3%83%95%e3%81%99%e3%82%8b%e3%81%93%e3%81%a8%e3%81%ab%e3%81%97%e3%81%be%e3%81%97%e3%81%9f-raw-free/ | 真の仲間じゃないと勇者のパーティーを追い出されたので、辺境でスローライフすることにしました（Raw – Free） |
| 2 | 真の仲間じゃないと勇者のパーティーを追い出されたので、辺境でスローライフすることにしました（Banished from the brave man's group, I decided to lead a slow life in the back country） | 池野雅博（Masahiro Ikeno） | https://www.kadokawa.co.jp/product/321808000537/ | https://manga1001.com/%e7%9c%9f%e3%81%ae%e4%bb%b2%e9%96%93%e3%81%98%e3%82%83%e3%81%aa%e3%81%84%e3%81%a8%e5%8b%87%e8%80%85%e3%81%ae%e3%83%91%e3%83%bc%e3%83%86%e3%82%a3%e3%83%bc%e3%82%92%e8%bf%bd%e3%81%84%e5%87%ba%e3%81%95%e3%82%8c%e3%81%9f%e3%81%ae%e3%81%a7%e3%80%81e8%be%ba%e5%a2%83%e3%81%a7%e3%82%b9%e3%83%ad%e3%83%bc%e3%83%a9%e3%82%a4%e3%83%95%e3%81%99%e3%82%8b%e3%81%93%e3%81%a8%e3%81%ab%e3%81%97%e3%81%be%e3%81%97%e3%81%9f-raw-free/ | 真の仲間じゃないと勇者のパーティーを追い出されたので、辺境でスローライフすることにしました（Raw – Free） |

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL  ＋８１－３－３３５３－３５２１
FAX  ＋８１－３－３３５６－９２２８
MAIL  abuse.flex.law.group@gmail.com
Attorney for Kodansha Ltd.

November 12, 2021

**Via Email**
Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

### RE: *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
### (Pursuant to 17 U.S.C. § 512)

To whom it may concern:

I represent Kodansha Ltd., a Japanese corporation (hereinafter called "Kodansha"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

It has recently come to Kodansha 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://manga1000.com/, https://manga1001.com
   more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

Kodansha  has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from

Cloudflare, Inc.
November 12, 2021

https://manga1000.com/, https://manga1001.com/,or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Kodansha and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

    Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*[signature: Hiroyuki Nakajima]*

Cloudflare, Inc.

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | 進撃の巨人（Attack on Titan） | 諫山 創（Isayama, Hajime） | https://kc.kodansha.co.jp/title?code=1000004974 | https://manga1000.com/%e9%80%b2%e6%92%83%e3%81%ae%e5%b7%a8%e4%ba%ba-raw-free1/ | 進撃の巨人 (Raw – Free) |
| 2 | 進撃の巨人（Attack on Titan） | 諫山 創（Isayama, Hajime） | https://kc.kodansha.co.jp/title?code=1000004974 | https://manga1001.com/%e9%80%b2%e6%92%83%e3%81%ae%e5%b7%a8%e4%ba%ba-raw-free1/ | 進撃の巨人 (Raw – Free) |

**EXHIBIT A**